IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLENN A. PARNO,** | : | No. 1:16-CV-01949 |
| **Plaintiff,** | : | |
| v. | : | |
| **KATHLEEN KANE et al.,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

# O R D E R

**AND NOW**, this 3rd day of February, 2023, upon consideration of the parties' motions for summary judgment, and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that Plaintiff Glenn A. Parno's motion for summary judgment (Doc. 101) is **DENIED** and Defendants' motion for summary judgment (Doc. 92) is **GRANTED** as to Defendants William Nemetz, David Peifer, Braden Cook, and Renee Martin and **DENIED** as to Defendant Kathleen Kane.

Parno's Equal Protection claims against Nemetz, Peifer, Cook, and Martin are **DISMISSED** with prejudice.

                                       */s/ Sylvia H. Rambo*
                                       SYLVIA H. RAMBO
                                       United States District Judge